UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMANDO MACIEL, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., <br><br> Defendants. | CASE NO. 1:16-cv-00996-DAD-MJS (PC) <br><br> **ORDER DISCHARGING ORDER TO SHOW CAUSE** <br><br> **(ECF No. 20)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983.

On March 23, 2017, the Court screened Plaintiff's first amended civil rights complaint and dismissed it with leave to amend within thirty days. (ECF No. 13.) Plaintiff requested (ECF Nos. 14 & 16) and was granted (ECF Nos. 15 & 17) two thirty-day extensions of time to file his second amended complaint, most recently on June 20, 2017. As of August 3, 2017, the Court had not received Plaintiff's amended complaint. Therefore, on that date, the Court issued an Order for Plaintiff to show cause why his action should not be dismissed for failure to prosecute, failure to obey a Court order, and

failure to state a claim. (ECF No. 20.) Plaintiff's second amended complaint was contemporaneously filed with the Court. (ECF No. 19.)

Having received Plaintiff's second amended civil rights complaint, the Court will discharge the Order to show cause, and will screen Plaintiff's amended complaint in due course.

Based on the foregoing, the Order to show cause (ECF No. 20) is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: August 7, 2017 /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE